**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1444**

---

SIMON BANKS,

Plaintiff - Appellant,

versus

GATES, HUDSON & ASSOCIATES, INCORPORATED,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CA-00-1107-A)

---

Submitted:  June 21, 2001          Decided:  June 28, 2001

---

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Simon Banks, Appellant Pro Se.  Alan Russell Siciliano, DECARO, DORAN, SICILIANO, GALLAGHER & DEBLASIS, L.L.P., Lanham, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Simon Banks appeals a district court judgment rendered against him, in accordance with a jury verdict, in his action against an apartment management agency. Banks has failed to provide this court with a transcript of the proceedings or move to have such transcript produced at Government expense. See 28 U.S.C. § 753(f) (1994). We find that the appeal does not present a substantial question. We further find no reason to disturb the judgment. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2